IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **MARCUS LEE ASSOCIATES, L.P.**, | : | |
| Debtor. | : | Case No. 09-11037 (JKF) |
| _____ | | |

ORDER DENYING THE MOTION OF THE DEBTOR
FOR RECONSIDERATION OF THIS COURT'S ORDER
DATED DECEMBER 29, 2009 DENYING CONTINUED USE OF CASH
COLLATERAL GRANTING STAY RELIEF TO WACHOVIA BANK, N.A.

**AND NOW**, this 8th day of January, 2010, based upon the Statement of Reasons in Support of Order also dated January 8, 2010, it is hereby **ORDERED** that the above motion of the Debtor, Marcus Lee Associates, L.P. ("Debtor") is **DENIED.** Debtor and Wachovia Bank's counsel, with the input of the Homeowner's Association, are hereby directed to submit a budget for the minimum amount of work anticipated solely to protect the property for the month of January 2010 by 5:00 p.m., January 11, 2010.

It is further **ORDERED** that Debtor shall serve a copy of this Order and the budget which it is required to file in accordance with this Order by first class mail on the following on or before, January 12, 2010: (1) the United States Trustee, (2) the District Director of the Internal Revenue Service, (3) the Pennsylvania Division of Taxation, (4) all known secured creditors and (5) counsel to the

Committee. On the same date, Debtor shall file with the Clerk of Court a

Certificate of Service of said mailing.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Albert A. Ciardi, III, Esquire
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103

Derek J. Baker, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Jason Manfrey, Esquire
Fox Rothschild LLP
2000 Market Street tenth floor
Philadelphia, PA 19103

Robert M. Bovarnick, Esquire
Two Penn Center Plaza
1500 JFK Blvd., Suite 1310
Philadelphia, PA 19102

Kevin P. Callahan, Esquire
U.S. Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Joan Ranieri
Courtroom Deputy